

David ECHEVERRIA, Individually and as child and administrator of the Estate of Donna Day, Deceased, Petitioner

v.

Thomas HOLLEY, Renee Holley, and Toby Holley, Respondents

v.

William Mearkle and Kimberly Mearkle, Respondents

Robin R. Vineyard, Individually and as Spouse and Administrator of the Estate of Tara D. Vineyard, Deceased, Petitioner

v.

Thomas Holley, Renee Holley, and Toby Holley, Respondents

v.

William Mearkle and Kimberly Mearkle, Respondents

Elpidio Santiago Ramirez, Individually and as Parent and Administrator of the Estate of Andre Ramirez, Deceased, Petitioner

v.

Thomas Holley, Renee Holley and Toby Holley, Respondents

v.

William Mearkle and Kimberly Mearkle, Respondents

No. 388 WAL 2016
No. 389 WAL 2016
No. 390 WAL 2016

Supreme Court of Pennsylvania.

March 22, 2017

## ORDER

PER CURIAM

AND NOW, this 22nd day of March, 2017, the Cross Petition for Allowance of Appeal is DENIED.

IN RE: J.D., a Minor

Petition of: M.S.

No. 34 WAL 2017

Supreme Court of Pennsylvania.

March 22, 2017

## ORDER

PER CURIAM

AND NOW, this 22nd day of March, 2017, the Petition for Allowance of Appeal is DENIED.